IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERNARD BATTLE,

   Petitioner,

    v.

WARDEN MALDONADO, JR.,

   Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-733-TWT

### ORDER

This is a pro se habeas corpus petition in which the Petitioner seeks release from administrative segregation at the Atlanta United States Penitentiary. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending denying the petition as moot and for failure to exhaust administrative remedies. After careful consideration, the Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of July, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Battle\r&r.wpd